U S Bankruptcy Court - Northern District of Illinois

KENNETH S. GARDNER, CLERK

Date  11/07/2007

07CV6306
JUDGE GRADY
MAG. JUDGE DENLOW

United States District Court
Northern District of Illinois
Chicago, IL 60604

Re:  Case Number  02 B 02474

Case Name  Kmart Corporation et al

Bankruptcy Judge  Sonderby

To Whom It May Concern:

Pursuant to Rule 5011 of the Federal Rules of Bankruptcy Procedure, transmitted herewith is the Motion for Withdrawal of Reference.

Filed By:  Floorgraphics Inc

Previous District Court Judge (when applicable):  Grady, Magistrate Judge Denlow

Previous Civil Case Number (when applicable):  07 C 1926

KENNETH S. GARDNER, CLERK

FILED
NOV - 7 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

By:  Deputy Clerk -  Dorothy Carroll - Team B

*Dorothy Carroll* (signature)

cc:  Bankruptcy Judge & Party Who Filed Motion for Withdrawal of Reference