UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Kmart Corporation
       Plaintiff,

v.              Case No.: 1:07−cv−06306
              Honorable John F. Grady

Floorgraphics, Inc.
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 14, 2007:

  MINUTE entry before Judge John F. Grady :Motion to withdraw reference [1] is entered and continued until further order of court. Response to motion to withdraw reference [1] due by 12/5/2007; reply due by 12/19/2007.Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.