# Exhibit E

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **KMART CORPORATION,** | CIVIL NO. 07-14299 |
| Plaintiff, | Hon. John Feikens |
| v. | |
| **FLOORGRAPHICS, INC.,** | |
| Defendant. | |
| _____/ | |

### ORDER GRANTING MOTION TO STAY

IT IS ORDERED that Plaintiff Kmart Corporation's Motion to Stay is GRANTED, pending resolution of the Floorgraphics' claim in the Kmart bankruptcy proceeding.

s/John Feikens
John Feikens
United States District Judge

Dated: December 3, 2007

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on December 3, 2007.

s/Carol Cohron
Deputy Clerk