IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

KMART CORPORATION                                    Case No.: 1:07-cv-06306

                Debtor.                              Honorable John F. Grady
_____/

## NOTICE OF FILING

PLEASE TAKE NOTICE THAT on December 5, 2007, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, via the Court's CM/ECF filing system, **Kmart's Response in Opposition to FLOORgraphics, Inc.'s Motion to Withdraw the Reference and Transfer Kmart's Objection to FGI's Claim**, a copy of which is herewith served upon you.

Dated: December 5, 2007                              KMART CORPORATION


                                                     By:   /s/ William J. Barrett
                                                            One of its Attorneys

BARACK FERRAZZANO KIRSCHBAUM
  & NAGELBERG LLP
William J. Barrett (6206424)
200 West Madison, Suite 3900
Chicago, IL 60606
Telephone:    312-629-5170
William.barrett@bfkpn.com

and

HOWARD & HOWARD ATTORNEYS, P.C.
By:    Patrick M. McCarthy (MI P49100)
       Thomas H. Walters (MI P51413)
39400 Woodward Avenue, Suite 101
Bloomfield Hills, Michigan 48304
Telephone: (248) 645-1483
Fax: (248) 645-1568

## CERTIFICATE OF SERVICE

      I, William J. Barrett, an attorney, hereby certify that on the 5th day of December, 2007, I caused to be served a copy of the foregoing **Notice of Filing** and **Kmart's Response in Opposition to FLOORgraphics, Inc.'s Motion to Withdraw the Reference and Transfer Kmart's Objection to FGI's Claim**, via e-mail transmission and as otherwise indicated upon the following parties:

William C. Jackson
Boies, Schiller & Flexner LLP
5301 Wisconsin Ave, N.W., Suite 800
Washington, D.C.  20015
**wjackson@bsfllp.com**
(served via e-mail transmission and overnight courier delivery)

Richard W. Hess
James T. Southwick
Susman Godfrey L.L.P.
1000 Loiusiana, Suite 5100
Houston, TX 77002
**rhess@susmangodfrey.com**
**jsouthwick@susmangodfrey.com**
(served via e-mail transmission and overnight courier delivery)

J.Mark Fisher
Patricia J. Fokuo
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
**mfisher@schiffhardin.com**
**pfokuo@schiffhardin.com**
(served via e-mail transmission and overnight courier delivery)

                                                             /s/ William J. Barrett