# United States District Court

## Northern District of Illinois
Eastern Division

Kmart Corporation                          **JUDGMENT IN A CIVIL CASE**

         v.                                                Case Number: 07 C 6306

Floorgraphics, Inc.

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

```
IT IS HEREBY ORDERED AND ADJUDGED that  the motion of
Floorgraphics, Inc. to withdraw the reference to the bankruptcy
court of Kmart Corporation's objection to Floorgraphics, Inc.'s
Claim No. 42242 is denied.
```

                                                        Michael W. Dobbins, Clerk of Court

Date: 1/29/2008                                _____

                                                        /s/ Jackie Deanes, Deputy Clerk